

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00358-CR

Wesley Byron **BIERHALTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2010-CR-B
Honorable William Old, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file a *pro se* brief, and has provided appellant with a form motion to obtain the appellate record if he desires to do so. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); s*ee also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

If appellant desires to file a *pro se* brief, he must do so on or before **February 24, 2020**. *See Bruns*, 924 S.W.2d at 177 n.1. Appellant's *pro se* brief should identify those issues which appellant believes this court should consider in deciding whether the case presents any meritorious issues. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court.

We **ORDER** the motion to withdraw filed by appellant's counsel to be **HELD IN ABEYANCE** pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court